LAURETTA I. GERHARDT, Respondent, *v.* MANHATTAN BEACH PARK, INC., et al., Appellants.

PHILIP L. GERHARDT, Respondent, *v.* MANHATTAN BEACH PARK, INC., et al., Appellants.

(Argued October 11, 1933; decided October 27, 1933.)

*Theodore H. Lord* and *William E. Lowther* for appellants.
*Thomas A. Shaw* and *Louis L. La Vine* for respondents.

no opinion.

Concur: POUND, Ch. J., LEHMAN, KELLOGG, HUBBS and CROUCH, JJ. Dissenting: CRANE and O'BRIEN, JJ.